**Donyae SMART, Movant,**

**v.**

**STATE of Missouri, Respondent.**

**No. 58264.**

Missouri Court of Appeals, Eastern District, Division One.

Jan. 29, 1991.

Rehearing Denied April 16, 1991.

Deborah M. Bird, Asst. Public Defender, St. Charles, for movant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. On July 5, 1989, the plea court sentenced movant to life imprisonment on his plea of guilty to murder in the second degree, a class A felony. Movant is not entitled to relief. The findings and conclusions of the motion court are supported by the record, hence, not clearly erroneous. An extended opinion would have no precedential value. Judgment is affirmed in accordance with Rule 84.16(b).

**In the Interest of T.F.B.**

**Forestal LAWTON, Juvenile Officer, Respondent,**

**v.**

**J.B. (Natural Father), Appellant.**

**No. WD 43450.**

Missouri Court of Appeals, Western District.

March 5, 1991.

Rehearing Denied April 30, 1991.

Kevin Kelly, Independence, for appellant.

Anne E. Rauch, Kansas City, for respondent.

Before BERREY, P.J., and GAITAN and FENNER, JJ.

ORDER

PER CURIAM.

Direct appeal from a judgment terminating parental rights. Judgment affirmed. Rule 84.16(b).